■ LONG ISLAND UNIVERSITY et al., Plaintiffs, v J. BARANELLO & SONS et al., Defendants. J. BARANELLO & SONS, Third-Party Plaintiff-Respondent, v BRI-DEN CONSTRUCTION CO., INC., et al., Third-Party Defendants, and WILLIAM BAYLEY COMPANY, Third-Party Defendant-Appellant.—Order, Supreme Court, New York County (Kenneth Shorter, J.), entered on April 19, 1985, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Application by appellant to strike plaintiff's brief granted. No opinion. Concur—Kupferman, J. P., Sandler, Sullivan, Asch and Kassal, JJ.